Decided December 12, 1994

STATE OF CONNECTICUT *v.* SUSAN DEFRANCESCO

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 741 (AC 12700), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the defendant's conviction for possession of a hybrid bobcat on the ground that General Statutes § 26-40a was not unconstitutionally vague as applied to the facts of this case?"

The Supreme Court docket number is SC 14971X01.

*The appeal was withdrawn August 25, 1995.

*Michael J. Graham,* in support of the petition.

*Jack W. Fischer,* assistant state's attorney, in opposition.

Decided December 12, 1994